**2014–1944. Toledo Police Command Officers' Assn. v. State Emp. Relations Bd.**
Lucas App. No. L–13–1074, 2013-Ohio-4341. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of appellant's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.